UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GP, minor child by and through her
Mother, JP

      Plaintiff,

v.                                         Case No:   2:15-cv-728-FtM-38CM

LEE COUNTY SCHOOL BOARD
and LINDA CAPRAROTTA,

      Defendants.

## ORDER

This matter comes before the Court upon review of Defendants Lee County School Board and Linda Caprarotta's Motion to Compel Discovery (Doc. 54) filed on November 17, 2016.  Defendants seek an order compelling Plaintiff to produce documents identified in her discovery responses; and (2) provide complete responses to interrogatories and a signed jurat page for the interrogatory answers she already provided.  On December 8, 2016, Plaintiff filed a response stating that, as of that date, Plaintiff made substantial efforts to cure the deficiencies outlined in the instant motion; thus, the motion should be denied without prejudice "to renew if, seven days from today's date, [Defendants] retain a good faith belief that [P]laintiff has not complied with Fed. R. Civ. P. 33 and 34."  Doc. 59 at 1.  Defendants do not object to Plaintiff's request.  Based on Plaintiff's representations in her response and the stipulated nature of Plaintiff's request, the Court will deny the motion without prejudice.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants' Motion to Compel Discovery (Doc. 54) is **DENIED without prejudice**.  Defendants shall have up to and including December 15, 2016 to renew their motion, if necessary.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of December, 2016.

CAROL MIRANDO<br>
United States Magistrate Judge

Copies:
Counsel of record