UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GP, minor child by and through her
Mother, JP

    Plaintiff,

v.                                            Case No: 2:15-cv-728-FtM-38CM

LEE COUNTY SCHOOL BOARD,

    Defendant.
_____

# ORDER

This matter comes before Court upon review of Defendant's Motion to Extend Scheduling Order Deadlines (Doc. 65) filed on February 6, 2017. Defendant's current deadline for the disclosure of expert reports is February 13, 2017. Defendant seeks to extend this deadline to March 30, 2017 primarily due to its previous difficulties in scheduling Plaintiff's and her minor child's depositions, which recently occurred on January 2017. Doc. 65 at 2-3. Due to the information discovered at the recently taken depositions, Defendant learned that it needs to obtain an expert and cannot do so within the current deadline. *Id*. Plaintiff does not oppose Defendant's request, and the Court finds good cause to grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion to Extend Scheduling Order Deadlines is **GRANTED.**

2. Defendant shall have **up to and including March 30, 2017** to disclose its expert reports.

3. All other deadlines set forth in the Court's Amended Case Management and Scheduling Order (Doc. 53) and all directives set forth in the Court's Case Management and Scheduling Order (Doc. 34) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record