UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GP, minor child by and through her
Mother, JP

      Plaintiff,

v.                                     Case No:   2:15-cv-728-FtM-38CM

LEE COUNTY SCHOOL BOARD,

      Defendant.
_____

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to File Under Seal Exhibits to "Plaintiff's Response to 'Defendant Lee County School Board's Motion for Partial Summary Judgment'" (Doc. 82) filed on July 17, 2017.  Plaintiff seeks to file under seal exhibits containing the full names of minor children who are not parties to this action and relating to events that occurred at a public middle school in late 2013.  Doc. 82 at 2-3.  Plaintiff states that redaction of the names would be inefficient and confusing due to the frequent appearance of the minors' names in these documents.  *Id.* at 2.  Plaintiff seeks to seal the exhibits for one year.  *Id.*

      Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory

to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion to File Under Seal Exhibits to "Plaintiff's Response to 'Defendant Lee County School Board's Motion for Partial Summary Judgment'" (Doc. 82) is **GRANTED**. Plaintiff may file under seal the exhibits to Plaintiff's Response to "Defendant Lee County School Board's Motion for Partial Summary Judgment" (Doc. 81).

**DONE** and **ORDERED** in Fort Myers, Florida on this 25th day of July, 2017.

*[signature]*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record